# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Fuentes<br><br>v.<br><br>Sunshine Behavioral Health Group LLC<br>**Plaintiff(s) / Defendant(s).** | **CASE NUMBER**<br>8:20-cv-00487-JLS-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dukelow, Cornelius P.
*Applicant's Name (Last Name, First Name & Middle Initial*

918-588-3400     800-969-6570
*Telephone Number*     *Fax Number*

cdukelow@abingtonlaw.com
*E-Mail Address*

of

Abington Cole + Ellery
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Hector Fuentes

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wolfson, Tina
*Designee's Name (Last Name, First Name & Middle Initial*

174806          310-474-9111          310-474-8585
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

twolfson@ahdootwolfson.com
*E-Mail Address*

of

Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, CA  90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: March 16, 2020**

_____JOSEPHINE L. STATON_____
**U.S. District Judge**