# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FUENTES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SUNSHINE BEHAVIORAL HEALTH GROUP LLC,<br><br>        Defendant. | **Case No. 8:20-cv-00487-JLS-JDE**<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION TO FILE UNDER SEAL** |

IT IS HEREBY ORDERED that Defendant's Unopposed Application to File Under Seal is GRANTED and the following documents and portions of documents may be filed under seal.

| Document | Reason for Designation | Specific Material to be Filed Under Seal (Page/Line) |
|---|---|---|
| Sunshine's Motion to Compel Arbitration, or in the alternative, Dismiss the Complaint | These portions of the motion include health information protected by the Federal Health Insurance Portability and Accountability Act of 1996, ("HIPAA"), 45 C.F.R. § 164.512(e), and the Federal Confidentiality Regulations (42 CFR Part 2) ("Part 2"). | 1:4, 15–16, 21–24, 26–27, n.1<br>2:1–3, 6–8, 18<br>3:4, 16<br>4:11–12<br>5:2–13<br>6:22–24, 27<br>7:3, 16–17, 22–23<br>8:2–3, 17–19, 23<br>9:5–12, 16–17<br>10:2–4, 6–7<br>11:17–21<br>12:5–8<br>14:2, 14<br>15:25, 28<br>16:1, 9, 28<br>17:1–2, 18–19<br>24:15–18 |
| Declaration of Stephen Van Hooser | These portions of the Declaration include health information protected by HIPAA and Part 2. | 2:8–21, 25–28<br>3:1 |
| Exhibit 1 to the | This Exhibit includes health | In its entirety. |

| Document | Reason for Designation | Specific Material to be Filed Under Seal (Page/Line) |
|---|---|---|
| Declaration of Stephen Van Hooser | information protected by HIPAA and Part 2. | |

Dated: July 09, 2020

_____

Hon. Josephine L. Staton
United States District Judge